IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SHAWN M. TITUS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:19CV147 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| SCOTT FRAKES, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On June 4, 2019, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the court on April 29, 2019. (Filing Nos. 7, 8.) To date, Plaintiff has not shown cause for his failure to pay the initial partial filing fee, and he has not paid the initial partial filing fee or sought an extension of time in which to do so.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice for failure to pay the court's initial partial filing fee and for failure to comply with a court order. The court will enter judgment by a separate document.

DATED this 10th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge